IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TOM INES, | ) | CIVIL NO. 14-00052 HG-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINDINGS AND |
| vs. | ) | RECOMMENDATION TO DENY |
| | ) | MOTION FOR ORDER TO SHOW |
| HOME STREET BANK; LINA HWANG; RYAN COONEY; STEVEN T. IWAMURA; ROBERT M. ERHORN, JR.; KEN OHARA; LORI K. STIBB; ROBERT E. CHAPMAN; TREVOR OZAWA; CHRISTOPHER J. WILLIAMS; MAUI PROCESS SERVERS LLC; EVICTIONS ARE US; ALII PROCESS SERVERS LLC; THE HAWAII DEPUTY SHERIFF ASSOCIATION; PATRICK H. SNIFFEN; MAUI COUNTY SHERIFF DEPARTMENT; PETER T. CAHILL; NICKI ANN THOMPSON; STATE OF HAWAII- BUREAU OF CONVEYANCES; STATE OF HAWAII- DEPARTMENT OF TAXATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CAUSE RE: PLUNDERING AND PRIVATEERING |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

FINDINGS AND RECOMMENDATION TO DENY MOTION FOR
<u>ORDER TO SHOW CAUSE RE: PLUNDERING AND PRIVATEERING</u>

Before the Court is Plaintiff Tom Ines'

("Plaintiff") Motion to Show Cause re: Plundering and

Privateering, filed January 31, 2014.  This rambling, incoherent, and nonsensical pleading fails to set forth any basis for relief.  Plaintiff claims to be acting as the United States and alleges that he is in he process of being plundered and despoiled from the United States.  If Plaintiff's statements are to believed, this cause of action arises from a lien placed on a ship.

Given this incomprehensible document and the limited record before the Court, the Court is unable to properly evaluate Plaintiff's claims, and cannot determine whether there is any basis for such claims to be asserted in federal court.  That Plaintiff cites federal statues is not determinative because the applicability of the statutes is unclear.  Indeed, Plaintiff cites 18 U.S.C. § 1659 (Attack to plunder vessel), which is a criminal statute.  Based on the foregoing, the Court finds and recommends that the Motion be DENIED.

Insofar as Plaintiff is proceeding pro se, the Court will grant him an opportunity to amend his

pleading.  Plaintiff is cautioned that the amended pleading must comply with Rules 8 and 10 of the Federal Rules of Civil Procedure, along with any other applicable rules.  In addition, Plaintiff must clearly establish the basis for federal jurisdiction.  Plaintiff must file the amended pleading **within 21 days** after the order taking action on this Findings and Recommendation.  Failure to do so will result in the dismissal of this action.

       IT IS SO FOUND AND RECOMMENDED.

       DATED:  Honolulu, Hawaii, February 4, 2014.



_____
Kevin S.C. Chang
United States Magistrate Judge

Civil No. 14-00052 HG-KSC; <u>Ines v. Home Street Bank, et al.</u>; FINDINGS AND RECOMMENDATION TO DENY MOTION FOR ORDER TO SHOW CAUSE RE: PLUNDERING AND PRIVATEERING