IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TOM INES, | ) CV 14-00052 HG-KSC |
| Plaintiff, | ) |
| vs. | ) |
| HOME STREET BANK; LINA HWANG; RYAN COONEY; STEVEN T. IWAMURA; ROBERT M. ERHORN, JR.; KEN OHARA; LORI K. STIBB; ROBERT E. CHAPMAN; TREVOR OZAWA; CHRISTOPHER J. WILLIAMS; MAUI PROCESS SERVERS LLC; EVICTIONS ARE US; ALII PROCESS SERVERS LLC; THE HAWAII DEPUTY SHERIFF ASSOCIATION; PATRICK H. SNIFFEN; MAUI COUNTY SHERIFF DEPARTMENT; PETER T. CAHILL; NICKI ANN THOMPSON; STATE OF HAWAII - DEPARTMENT OF TAXATION, | ) |
| Defendants. | ) |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (ECF No. 7), AS MODIFIED,
TO DENY MOTION FOR ORDER TO SHOW CAUSE RE: PLUNDERING
AND PRIVATEERING**

Findings and Recommendation having been filed on February 4, 2014 and served on all parties on February 05, 2014, and no objections having been filed by any

party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (ECF No. 7) are adopted as the opinion and order of this Court with the following modifications:

On Page 2, line 3: the sentence should read: "Plaintiff claims to be acting as the United States but also alleges that he is in the process of being plundered and despoiled from the United States."

On Page 3, line 6: the sentence should read: "Plaintiff must file the amended pleading on or before Friday, March 14, 2014."

IT IS SO ORDERED.

DATED: February 21, 2014, Honolulu, HI.



/s/ Helen Gillmor

Helen Gillmor
United States District Judge